Exhibit 1

Registered Dec. 4, 1928.          **Trade-Mark 250,265**

Renewed, December 4, 1948, to Levi Strauss & Company, of
San Francisco, California.

# UNITED STATES PATENT OFFICE.

### LEVI STRAUSS & COMPANY, OF SAN FRANCISCO, CALIFORNIA.

#### ACT OF FEBRUARY 20, 1905.

Application filed May 3, 1927.  Serial No. 248,368.



## STATEMENT.

*Commissioner of Patents:*

Levi Strauss & Company, a corporation duly organized and existing under the laws of the State of California, and having its principal place of business at 98 Battery Street, San Francisco, California, has adopted and used the trade-mark shown in the accompanying drawing, for OVERALLS, in Class 39, Clothing, and presents herewith five specimens showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905, as amended. The trade-mark has been continuously used and applied to said goods in applicant's business since April 14th, 1927.  The trade-mark is applied or affixed to the goods or to the packages containing the same by placing thereon a printed label on which the trade-mark is shown.

The undersigned hereby appoints Miller & Boyken, a firm composed of John H. Miller and A. W. Boyken, (register No. 12,147) of 723 Crocker Building, San Francisco, California, its attorneys to prosecute this application for registration, with full powers of substitution and revocation, to make alterations and amendments therein, to receive the certificate and to transact all business in the Patent Office connected therewith.

San Francisco, Calif., April 22, 1927.

[L. S.]          LEVI STRAUSS & COMPANY,
By SIGMUND STERN,
*President.*

### Amendment

Registered December 4, 1928        Registration No. 250,265

Levi Strauss & Company

Application to amend having been made by Levi Strauss & Co., owner of the registration above identified, said registration is hereby amended as follows:

In the statement, column 1, line 8, "overalls" is deleted and *jeans* is inserted and the drawing is amended to appear as follows:



Such amendments have been entered upon the records of the Patent Office and the said original registration should be read as so amended.

Signed and sealed this 19th day of November 1968.

[SEAL]

EDWIN L. REYNOLDS,
*First Assistant Commissioner of Patents.*

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Renewal

Reg. No. 250,265
Registered Dec. 4, 1928
OG Date Mar. 14, 1989

## TRADEMARK
## PRINCIPAL REGISTER



LEVI STRAUSS & CO. (DELAWARE CORPORATION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111

FOR: [ OVERALLS] * JEANS *, IN CLASS 39 (INT. CL. 25).
FIRST USE 4-14-1927; IN COMMERCE 4-14-1927.

SER. NO. 248,368, FILED 5-3-1927.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Mar. 14, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Case: 1:18-cv-00228 Document #: 1-1 Filed: 01/12/18 Page 5 of 53 PageID #:27

Registered Oct. 27, 1953     **Registration No. 581,610**

## PRINCIPAL REGISTER
### Trade-Mark

# UNITED STATES PATENT OFFICE

**Levi Strauss & Company, San Francisco, Calif.**

Act of 1946

Application November 18, 1952, Serial No. 638,273

# LEVI'S

## STATEMENT

Levi Strauss & Company, a corporation duly organized under the laws of the State of California, located at San Francisco, California, and doing business at 98 Battery Street, San Francisco, has adopted and is using the trade-mark shown in the accompanying drawing, for MEN'S, WOMEN'S A N D CHILDREN'S OVERALLS, JACKETS, OUTER SHIRTS, COATS, SLACKS, AND PANTS; WOMEN'S AND CHILDREN'S BLOUSES, OUTER SHORTS, PEDAL PUSHERS, VESTS, SKIRTS, AND CULOTTES; AND WOMEN'S BRAS, in Class 39, Clothing, and presents herewith five specimens showing the trade-mark as actually used in connection with such goods, the trade-mark being attached by printing or weaving the same on a label attached to the goods, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with the act of July 5, 1946.

The trade-mark, in its present form, was first used by applicant on April 15, 1952, and first used by applicant in commerce among the several States which may lawfully be regulated by Congress on April 15, 1952.

The word "Levi's" has been used as a trade-mark by applicant since April 14, 1927.

Applicant is the owner of Registration No. 250,265, issued December 4, 1928 (renewed); No. 413,386, issued April 24, 1945; No. 516,561, issued October 18, 1949; No. 568,027, issued December 16, 1952.

LEVI STRAUSS & COMPANY,
By D. A. BERONIO,
*Secretary.*

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,140,011

## United States Patent and Trademark Office

Registered Sep. 30, 1980

### TRADEMARK
Principal Register

## LEVI'S

Levi Strauss & Co. (Delaware corporation)
Two Embarcadero Center
San Francisco, Calif. 94106

For: GARMENTS—NAMELY, PANTS, SHIRTS AND SHORTS, in CLASS 25 (U.S. Cl. 39).
First use Apr. 1927; in commerce Apr. 1927.
Owner of U.S. Reg. Nos. 250,265, 1,041,808 and others.

Ser. No. 210,408, filed Apr. 5, 1979.

PAUL F. GAST, Primary Examiner

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,140,011
Registered Sep. 30, 1980

## TRADEMARK
### Principal Register

## LEVI'S

Levi Strauss & Co. (Delaware corporation)
Two Embarcadero Center
San Francisco, Calif. 94106

For: GARMENTS—NAMELY, PANTS, SHIRTS AND SHORTS, in CLASS 25 (U.S. Cl. 39).
First use Apr. 1927; in commerce Apr. 1927.
Owner of U.S. Reg. Nos. 250,265, 1,041,808 and others.

Ser. No. 210,408, filed Apr. 5, 1979.

PAUL F. GAST, Primary Examiner



# United States of America
## United States Patent and Trademark Office

# LEVI'S

**Reg. No. 4,660,979**
**Registered Dec. 23, 2014**

LEVI STRAUSS & CO. (DELAWARE CORPORATION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111

**Int. Cl.: 25**

FOR: UNDERWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-2-2014; IN COMMERCE 7-2-2014.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 250,265, 1,130,486, AND OTHERS.

SN 86-179,939, FILED 1-30-2014.

KATHERINE M. DUBRAY, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Int. Cl.: 16, 18, 25

Prior U.S. Cl.: 2, 3, 37, 39

**Reg. No. 1,124,018**

## United States Patent and Trademark Office

Registered Aug. 14, 1979

## TRADEMARK
### Principal Register

## LEVI'S

Levi Strauss & Co. (Delaware corporation)
2 Embarcadero Center
San Francisco, Calif. 94106

For: CLIP BOARDS, DENIM SCHOOL BAGS AND LUGGAGE TAGS, in CLASS 16 (U.S. CLS. 2 and 37).
First use Jan. 31, 1975; in commerce Jan. 31, 1975.

For: PURSES, DENIM SHOPPING BAGS, BACK PACKS, DUFFLE BAGS, BRIEFCASE PORTFOLIOS, KEY CASES AND WALLETS, in CLASS 18 (U.S. CL. 3).
First use Sept. 30, 1973; in commerce Sept. 30, 1973.

For: BELTS, HATS, CAPS, VISORS, AND SHOES, in CLASS 25 (U.S. CL. 39).
First use Feb. 29, 1972; in commerce Feb. 29, 1972.
Owner of Reg. Nos. 250,265, 1,041,846 and others.

Ser. No. 120,559, filed Mar. 28, 1977.

D. C. REIHNER, Examiner

Int. Cl.: 25

U.S. Cl.: 39

Reg. No. 1,130,486

## U.S. Patent and Trademark Office

Reg. Feb. 5, 1980

## TRADEMARK
### Principal Register

## LEVI'S

Levi Strauss & Co. (Delaware corporation)
Two Embarcadero Ctr.
San Francisco, Calif. 94106

For: Socks —in Class 25. (U.S. Cl. 39).
First use Oct. 27, 1977; in commerce Oct. 27, 1977.
Owner of U.S. Reg. Nos. 250,265, 1,041,808 and others.

Ser. No. 180,144. Filed July 28, 1978.

JEFFREY KAUFMAN, Examiner

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,320,789

Registered Feb. 22, 2000

## TRADEMARK
### PRINCIPAL REGISTER



LEVI STRAUSS & CO. (DELAWARE CORPO-
RATION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111

FOR: CLOTHING, NAMELY MEN'S,
WOMEN'S AND CHILDREN'S PANTS,
SLACKS, TROUSERS, JEANS, SHORTS, OVER-
ALLS, SHIRTS, T-SHIRTS, BLOUSES, VESTS,
SKIRTS, JACKETS, COATS, SPORT COATS,
SWEATERS, SWEATSHIRTS, SWEATPANTS,

HATS AND SHOES, IN CLASS 25 (U.S. CLS. 22
AND 39).
FIRST USE 12–31–1996; IN COMMERCE
12–31–1996.
OWNER OF U.S. REG. NOS. 250,265, 1,140,011
AND OTHERS.

SER. NO. 75–562,738, FILED 10–1–1998.

CHERYL S. GOODMAN, EXAMINING ATTOR-
NEY

# United States Patent Office

**928,351**
Registered Feb. 1, 1972

## PRINCIPAL REGISTER
### Trademark

Ser. No. 382,313, filed Jan. 28, 1971



Levi Strauss & Co (Delaware corporation)
98 Battery St.
San Francisco, Calif. 94106, by merger and change of
  name from
Levi Strauss & Co. (California corporation)
San Francisco, Calif.

For: MEN'S, WOMEN'S AND CHILDREN'S
PANTS, JACKETS, BELTS, AND SUSPENDERS, in
CLASS 39 (INT. CL. 25).
  First use as early as Dec. 31, 1937; in commerce as
early as Dec. 31, 1937.
  Applicant disclaims the geographical designation
"S.F. Cal." apart from the mark as shown.

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 928,351

Registered Feb. 1, 1972

10 Year Renewal

Renewal Term Begins Feb. 1, 1992

## TRADEMARK
## PRINCIPAL REGISTER



LEVI STRAUSS & CO. (DELAWARE CORPORATION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111, BY MERGER AND CHANGE OF NAME FROM LEVI STRAUSS & CO. (DELAWARE CORPORATION) SAN FRANCISCO, CA

APPLICANT DISCLAIMS THE GEOGRAPHICAL DESIGNATION "S.F.

CAL." APART FROM THE MARK AS SHOWN.

FOR: MEN'S, WOMEN'S AND CHILDREN'S PANTS, JACKETS, BELTS, AND SUSPENDERS, IN CLASS 39 (INT. CL. 25).

FIRST USE 12-31-1937; IN COMMERCE 12-31-1937.

SER. NO. 72-382,313, FILED 1-28-1971.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Apr. 14, 1992.*

**COMMISSIONER OF PATENTS AND TRADEMARKS**

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Renewal

Reg. No. 849,437
Registered May 21, 1968
OG Date Nov. 29, 1988

## TRADEMARK
## PRINCIPAL REGISTER



LEVI STRAUSS & CO. (DELAWARE CORPORATION)
1155 BATTERY ST.
SAN FRANCISCO, CA 94111, BY MERGER AND CHANGE OF NAME LEVI STRAUSS & CO. (CALIFORNIA CORPORATION) SAN FRANCISCO, CA

FOR: TROUSERS, JACKETS, SHORTS, SHIRTS, SKIRTS, AND VESTS, IN CLASS 39 (INT. CL. 25).

FIRST USE 10–10–1966; IN COMMERCE 10–10–1966.

SER. NO. 257,497, FILED 10–28–1966.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Nov. 29, 1988.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**849,437**
**Registered May 21, 1968**

## PRINCIPAL REGISTER
### Trademark

Ser. No. 257,497, filed Oct. 28, 1966



Levi Strauss & Co. (California corporation)
98 Battery St.
San Francisco, Calif.  94106

For:  TROUSERS,  JACKETS,  SHORTS,  SHIRTS, SKIRTS, AND VESTS, in CLASS 39 (INT. CL. 25).
First use Oct. 10, 1966; in commerce Oct. 10, 1966.

Int. Cl.: 25

U.S. Cl.: 39

Reg. No. 1,135,196

**U.S. Patent and Trademark Office**

Reg. May 13, 1980

## TRADEMARK
### Principal Register



Levi Strauss & Co. (Delaware corporation)
Two Embarcadero Ctr.
San Francisco, Calif. 94106

For: Garments—Namely, Pants and Shoes —in Class 25. (U.S. Cl. 39).

First use Apr. 15, 1975; in commerce Apr. 15, 1975.

Owner of U.S. Reg. Nos. 1,041,846, 849,437 and 1,011,825.

Ser. No. 176,009. Filed June 26, 1978.

JEFFREY KAUFMAN, Primary Examiner

**Registered Nov. 16, 1943**  **Trade-Mark 404,248**

Republished, under the Act of 1946, April 27, 1948, by
Levi Strauss & Company, San Franisco, Calif.

Affidavit under Section 8 accepted.
Affidavit under Section 15 received, Aug. 31, 1953.

# UNITED STATES PATENT OFFICE

**Levi Strauss & Company, San Francisco, Calif.**

**Act of February 20, 1905**

**Application September 25, 1942, Serial No. 455,769**



## STATEMENT

*To the Commissioner of Patents:*

Levis Strauss & Company, a corporation duly organized under the laws of the State of California and located at the city and county of San Francisco, State of California, and doing business at 98 Battery Street, San Francisco, California, has adopted and used the trade-mark shown in the accompanying drawing, for WAISTBAND TYPE OVERALLS, in Class 39, Clothing, and presents herewith five facsimiles showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with act of February 20, 1905. The trade-mark has been continuously used and applied to said goods in applicant's business since the year 1873. The trade-mark consists of double arcuate designs of orange color displayed on the hip pockets of the overalls as shown on the drawing. The mark is applied to the overalls by stitching the double arcuate designs on the hip pockets with orange colored thread, or by painting the lines of said design on the hip pockets with orange colored paint.

No claim is made to the exclusive use of the representation of a pair of overalls.

The undersigned hereby appoints Castberg & Roemer, a firm composed of Thomas Castberg and Irving C. Roemer, whose address is 807 Crocker Building, San Francisco, California, and whose registration number is 15,030, as its attorneys, with full power of substitution and revocation, to prosecute this application, to make alterations and amendments therein, to receive the certificate of registration, and to transact all business in the Patent Office connected therewith.

LEVI STRAUSS & COMPANY,
By DANIEL E. KOSHLAND,
*Vice President.*

**Registered Nov. 16, 1943**　　　　　　**Trade-Mark 404,248**

Republished, under the Act of 1946, April 27, 1948, by
Levi Strauss & Company, San Franisco, Calif.

Affidavit under Section 8 accepted.
Affidavit under Section 15 received, Aug. 31, 1953.

# UNITED STATES PATENT OFFICE

Levi Strauss & Company, San Francisco, Calif.

### Act of February 20, 1905

Application September 25, 1942, Serial No. 455,769



## STATEMENT

*To the Commissioner of Patents:*

Levis Strauss & Company, a corporation duly organized under the laws of the State of California and located at the city and county of San Francisco, State of California, and doing business at 98 Battery Street, San Francisco, California, has adopted and used the trade-mark shown in the accompanying drawing, for WAISTBAND TYPE OVERALLS, in Class 39, Clothing, and presents herewith five facsimiles showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with act of February 20, 1905. The trade-mark has been continuously used and applied to said goods in applicant's business since the year 1873. The trade-mark consists of double arcuate designs of orange color displayed on the hip pockets of the overalls as shown on the drawing. The mark is applied to the overalls by stitching the double arcuate designs on the hip pockets with orange colored thread, or by painting the lines of said design on the hip pockets with orange colored paint.

No claim is made to the exclusive use of the representation of a pair of overalls.

The undersigned hereby appoints Castberg & Roemer, a firm composed of Thomas Castberg and Irving C. Roemer, whose address is 807 Crocker Building, San Francisco, California, and whose registration number is 15,030, as its attorneys, with full power of substitution and revocation, to prosecute this application, to make alterations and amendments therein, to receive the certificate of registration, and to transact all business in the Patent Office connected therewith.

LEVI STRAUSS & COMPANY,
By DANIEL E. KOSHLAND,
*Vice President.*

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,139,254

## United States Patent and Trademark Office

Registered Sep. 2, 1980

## TRADEMARK
### Principal Register



Levi Strauss & Co. (Delaware corporation)
Two Embarcadero Ctr.
San Francisco, Calif.   94106

For: PANTS, JACKETS, SKIRTS, DRESSES AND SHORTS, in CLASS 25 (U.S. CL. 39).

First use 1873; in commerce 1873.

Owner of U.S. Reg. No. 404,248.

Ser. No. 169,399. Filed May 8, 1978.

M. J. LEAHY, Primary Examiner

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

Reg. No. 2,794,649
Registered Dec. 16, 2003

## TRADEMARK
### PRINCIPAL REGISTER



LEVI STRAUSS & CO. (DELAWARE CORPORA-
TION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111

FOR: PANTS, JEANS, SHORTS, SHIRTS, T-
SHIRTS, BLOUSES, SKIRTS AND JACKETS, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1873; IN COMMERCE 0-0-1873.

THE MARK CONSISTS OF A DOUBLE ARCUATE
DESIGN.

SER. NO. 78-142,765, FILED 7-10-2002.

GINNY ISAACSON, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,997,020**

**Registered July 19, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LEVI STRAUSS & CO. (DELAWARE CORPORATION)
LEGAL DEPARTMENT
1155 BATTERY STREET
SAN FRANCISCO, CA 94111

FOR: JEANS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-25-2010; IN COMMERCE 5-25-2010.

OWNER OF U.S. REG. NOS. 1,139,254, 2,794,649 AND OTHERS.

THE MARK CONSISTS OF A DESIGN COMPRISED OF TWO ARCUATE-SHAPED ELE-
MENTS.

SEC. 2(F).

SER. NO. 85-187,053, FILED 11-30-2010.

ELLEN BURNS, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

### Amendment

Registered May 10, 1938           Registration No. 356,701

Levi Strauss & Company

    Application to amend having been made by Levi Strauss & Co., owner of the registration above identified, said registration is hereby amended as follows:

    In the statement, column 1, lines 8 through 10, the description of goods is deleted and *Pants of the patch-pocket type worn by men, women and children* is inserted.

    Such amendment has been entered upon the records of the Patent and Trademark Office and the said original registration should be read as so amended.

    Signed and sealed this 15th day of August 1978.

[SEAL]

Attest:

JANIE COOKSEY,
*Attesting Officer.*

                                 DONALD W. BANNER,
                                   *Commissioner.*

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 356,701

Registered May 10, 1938

Renewal Term Begins May 10, 1998

# TRADEMARK
## PRINCIPAL REGISTER



LEVI STRAUSS & CO. (DELAWARE CORPORATION)

1155 BATTERY STREET

SAN FRANCISCO, CA 94111, BY CHANGE OF NAME, MERGER AND CHANGE OF NAME FROM LEVI STRAUSS & COMPANY (CALIFORNIA CORPORATION) SAN FRANCISCO, CA

NO CLAIM IS MADE HEREIN FOR THE REPRESENTATION OF A PORTION OF THE GARMENT OR SEAM SHOWN IN THE DRAWING, THESE BEING SHOWN MERELY TO ILLUS- TATE ONE MANNER IN WHICH THE RED MARKER OR RED TAB MAY BE APPLIED TO A GARMENT.

THE DRAWING IS LINED FOR THE COLOR RED.

FOR: [MEN'S, WOMEN'S, AND CHIL- DREN'S OVERALLS OF THE PATCH- POCKET TYPE] • PANTS OF THE PATCH-POCKET TYPE WORN BY MEN, WOMEN AND CHILDREN •, IN CLASS 39 (INT. CL. 25).

FIRST USE 9–1–1936; IN COMMERCE 9–1–1936.

SER. NO. 71–394,734, FILED 6–30–1937.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Nov. 24, 1998.*

COMMISSIONER OF PATENTS AND TRADEMARKS



Registered May 10, **ark 356,701**

RENEWED

Property of the U. S. Patent Office.
be taken from the files.

# UNITED STATES PATENT OFFICE

Levi Strauss & Company, San Francisco, Calif.

Act of February 20, 1905

Application June 30, 1937, Serial No. 394,734



## STATEMENT

*To the Commissioner of Patents:*

Levi Strauss & Company, a corporation duly organized under the laws of the State of California and located at city and county of San Francisco, State of California, and doing business at 98 Battery Street, San Francisco, California, has adopted and used the trade-mark shown in the accompanying drawing, for MEN'S, WOMEN'S, AND CHILDREN'S OVERALLS OF THE PATCH-POCKET TYPE, in Class 39, Clothing, and presents herewith five specimens showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905.

The trade-mark consists of a small marker or tab, of textile material or the like, colored red, appearing on and affixed permanently to the exterior of the garment in a position that the red tab is visible, while the garment is being worn.

The trade-mark has been continuously used in the business of the applicant since on or about September 1, 1936.

In practice the trade-mark is applied to the goods by stitching an end of a red marker or tab into one of the regular structural seams of the garment so that the stitching of said seam secures one end of the red tab to the garment with a portion thereof extending visibly from the edge of the seam.

No claim is made herein for the representation of a portion of the garment or seam shown in the drawing, these being shown merely to illustrate one manner in which the red marker or red tab may be applied to a garment. The drawing is lined for the color red.

The undersigned hereby appoints Chas. E. Townsend, whose address is 908–917 Crocker Building, San Francisco, California, its attorney with full power of substitution and revocation to prosecute this application, to make alterations and amendments therein, to receive the certificate of registration, and to transact all business in the Patent Office connected therewith.

LEVI STRAUSS & COMPANY,
By D. A. BERONIO,
*Secretary.*

REPUBLISHED IN O. G.

APR 27 1948

U. S. PATENT OFFICE

Registered Oct. 18, 1949      **Registration No. 516,561**

## PRINCIPAL REGISTER
### Trade-Mark

# UNITED STATES PATENT OFFICE

**Levi Strauss & Company, San Francisco, Calif.**

Act of 1946

Application May 3, 1948, Serial No. 556,108



**(Statement)**

Levi Strauss & Company, a corporation duly organized under the laws of the State of California, located at San Francisco, California, and doing business at 98 Battery Street, San Francisco, California, has adopted and is using the trade-mark shown in the accompanying drawing, for MEN'S, WOMEN'S, AND CHILDREN'S OVERALLS AND JACKETS, in Class 39, Clothing, and presents herewith five specimens showing the trade-mark as actually used in connection with such goods, the trade-mark being applied to the goods by affixing permanently thereto a tab of textile material on which the trade-mark is shown, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with the act of July 5, 1946.

The trade-mark was first used on jackets July 1, 1937, and on overalls September 1, 1936, and first used in commerce among the several States and between the United States and foreign nations which may lawfully be regulated by Congress on jackets July 1, 1937, and on overalls September 1, 1936.

Applicant is the owner of the trade-mark, Registration No. 413,386, dated April 24, 1945, and Registration No. 250,265, dated December 4, 1928.

**(Declaration)**

D. A. Beronio, being duly sworn, deposes and says that he is the secretary of Levi Strauss & Company, the applicant named in the foregoing statement; that he believes that said corporation is the owner of the trade-mark which is in use in commerce among the several States and between the United States and foreign nations, and that no other person, firm, corporation or association, to the best of his knowledge and belief, has the right to use such trade-mark in commerce which may lawfully be regulated by Congress, either in the identical form thereof or in such near resemblance thereto as might be calculated to deceive; that the drawing and description truly represent the trade-mark sought to be registered; that the specimens show the trade-mark as actually used in connection with the goods; and that the facts set forth in the statement are true.

LEVI STRAUSS & COMPANY,
By D. A. BERONIO,
*Secretary.*

**Amendment**

Registered October 18, 1949                    Registration No. 516,561

Levi Strauss & Company

Application to amend having been made by Levi Strauss & Co., owner of the registration above identified, said registration is hereby amended as follows:

In the statement, column 1, line 7, "overalls" is deleted and *jeans* is inserted.

Such amendment has been entered upon the records of the Patent Office and the said original registration should be read as so amended.

Signed and sealed this 16th day of September 1969.

[SEAL]

EDWIN L. REYNOLDS,
*First Assistant Commissioner of Patents.*

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Renewal

Reg. No. 516,561
Registered Oct. 18, 1949
OG Date Oct. 24, 1989

## TRADEMARK
## PRINCIPAL REGISTER



LEVI STRAUSS & CO. (DELAWARE CORPORATION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111, BY MERGER WITH AND CHANGE OF NAME FROM LEVI STRAUSS & COMPANY (CALIFORNIA CORPORATION) SAN FRANCISCO, CA AND LEVI STRAUSS & COMPANY (CALIFORNIA CORPORATION) SAN FRANCISCO, CA

OWNER OF U.S. REG. NOS. 250,265 AND 413,386.

FOR: MEN'S, WOMEN'S AND CHILDREN'S JEANS AND JACKETS, IN CLASS 39 (INT. CL. 25).

FIRST USE 9–1–1936; IN COMMERCE 7–1–1937.

SER. NO. 556,108, FILED 5–3–1948.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Oct. 24, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**
10 Year Renewal

Reg. No. 577,490
Registered July 21, 1953
Renewal Term Begins July 21, 1993

## TRADEMARK
## PRINCIPAL REGISTER



LEVI STRAUSS & COMPANY (CALI-
FORNIA CORPORATION)
98 BATTERY STREET
SAN FRANCISCO, CA

OWNER OF U.S. REG. NOS. 356,701
AND 404,248.

THE DRAWING IS LINED FOR THE
COLOR RED.

FOR: JEANS, IN CLASS 39 (INT. CL.
25).

FIRST USE 9–1–1936; IN COMMERCE
9–1–1936.

SER. NO. 71–578,119, FILED 4–30–1949.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Oct. 5, 1993.*

**COMMISSIONER OF PATENTS AND TRADEMARKS**

## Amendment

Registered July 21, 1953                    Registration No. 577,490

### Levi Strauss & Company

Application to amend having been made by Levi Strauss & Co., owner of the registration above identified, said registration is hereby amended as follows:

In the statement, column 1, line 7, "overalls" is deleted and *jeans* is inserted.

Such amendment has been entered upon the records of the Patent Office and the said original registration should be read as so amended.

Signed and sealed this 29th day of May 1973.

[SEAL]

Attest:

K. E. PATRICK,                                    ROBERT GOTTSCHALK,
*Attesting Officer.*                              *Commissioner of Patents.*

Registered July 21, 1953

Registration No. 577,490

## PRINCIPAL REGISTER
### Trade-Mark

# UNITED STATES PATENT OFFICE

**Levi Strauss & Company, San Francisco, Calif.**

Act of 1946

**Application April 30, 1949, Serial No. 578,119**



## STATEMENT

Levi Strauss & Company, a corporation duly organized under the laws of the State of California, located at San Francisco, California, and doing business at 98 Battery Street, San Francisco, California, has adopted and is using the trade-mark shown in the accompanying drawing, for OVERALLS, in Class 39, Clothing, and presents herewith five facsimiles showing the trade-mark as actually used in connection with such goods, the trade-mark being applied to the goods in the manner hereinafter set forth, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with the act of July 5, 1946.

The trade-mark was first used on September 1, 1936, and first used in commerce among the several States which may lawfully be regulated by Congress on September 1, 1936.

The trade-mark consists of a small marker or tab, of textile material or the like, colored red, appearing on and affixed permanently to the exterior of the garment in a position that the red tab is visible, while the garment is being worn.

In practice, the trade-mark is applied to the goods by stitching an end of a red marker or tab into one of the regular structural seams of the hip pockets of the garment so that the stitching of said seam secures one end of the red tab to the garment with a portion thereof extending visibly from the edge of the seam.

The drawing is lined for the color red.

Applicant is the owner of Trade-Mark Registration No. 356,701 issued May 10, 1938, and No. 404,248 issued November 16, 1943.

LEVI STRAUSS & COMPANY,
By D. A. BERONIO,
*Secretary.*

# United States Patent Office

**774,625**
Registered Aug. 4, 1964

## PRINCIPAL REGISTER
### Trademark

Ser. No. 171,283, filed June 18, 1963



Levi Strauss & Co. (California corporation)
98 Battery St.
San Francisco 6, Calif.

For: GARMENTS, PARTICULARLY TROUSERS, in CLASS 39.

First use May 22, 1963; in commerce May 22, 1963.

The mark consists of a small marker or black tab affixed to the exterior of the garment at the hip pocket.

Owner of Reg. Nos. 356,701, 577,490, and 720,376.

# United States Patent Office

775,412
Registered Aug. 18, 1964

## PRINCIPAL REGISTER
### Trademark

Ser. No. 171,282, filed June 18, 1963



Levi Strauss & Co. (California corporation)
98 Battery St.
San Francisco 6, Calif.

For: GARMENTS, PARTICULARLY TROUSERS, in CLASS 39.

First use Oct. 9, 1957; in commerce Oct. 9, 1957.

The mark consists of a small marker or white tab with the name "Levi's" superposed thereon, which is affixed to the exterior of the garment at the hip pocket.

Owner of Reg. Nos. 250,265, 720,376, and others.

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,157,769

## United States Patent and Trademark Office

Registered Jun. 16, 1981

## TRADEMARK
**Principal Register**



Levi Strauss & Co. (Delaware corporation)
98 Battery St.
San Francisco, Calif. 94106, by merger and change of
   name from
Levi Strauss & Co. (California corporation)
San Francisco, Calif.

For: TROUSERS, in CLASS 25 (U.S. Cl. 39).

First use Sep. 1, 1936; in commerce Sep. 1, 1936.

Owner of U.S. Reg. Nos. 356,701, 775,412 and
others.

Applicant disclaims the representation of the goods
apart from the mark as shown.

The mark consists of a small marker or tab affixed
to the exterior of the garment at the hip pocket.

Ser. No. 263,725, filed Feb. 1, 1967.

J. C. DEMOS, Deputy Director

## Amendment

Registered August 22, 1961          Registration No. 720,376

Levi Strauss & Company

    Application to amend having been made by Levi Straus & Company, owner of the registration above identified, said registration is hereby amended as follows:

    In the statement, column 2, line 1, "juvenile overalls" is deleted and *pants* is inserted.

    Such amendment has been entered upon the records of the Patent and Trademark Office and the said original registration should be read as so amended.

    Signed and sealed this 7th day of February 1984.

[SEAL]

Attest:

MICHAEL J. HYNAK,
*Attesting Officer.*

                                          GERALD J. MOSSINGHOFF,
                            *Commissioner of Patents and Trademarks.*

# United States Patent Office

**720,376**
Registered Aug. 22, 1961

## PRINCIPAL REGISTER
### Trademark

Ser. No. 74,095, filed May 7, 1959



Levi Strauss & Company (California corporation)
98 Battery St.
San Francisco, Calif.

For: JUVENILE OVERALLS, in CLASS 39.

First use Oct. 9, 1957; in commerce Oct. 9, 1957.

The mark consists of a small white marker or tab affixed to the exterior of the garment at the hip pocket.

Owner of Reg. Nos. 356,701 and 577,490.

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,726,253**

## United States Patent and Trademark Office

Registered June 17, 2003

### TRADEMARK
### PRINCIPAL REGISTER



LEVI STRAUSS & CO. (DELAWARE CORPORA-
TION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111

FOR: CLOTHING, NAMELY, SHIRTS, IN CLASS
25 (U.S. CLS. 22 AND 39).

FIRST USE 3-7-1969; IN COMMERCE 3-7-1969.

OWNER OF U.S. REG. NOS. 356,701, 1,183,022 AND
OTHERS.

THE TRADEMARK CONSISTS OF A SMALL
MARKER OR TAB OF TEXTILE MATERIAL AP-

PEARING ON AND AFFIXED PERMANENTLY TO
THE EXTERIOR OF A SHIRT POCKET. THE SHIRT
AND SHIRT POCKET SHOWN IN BROKEN LINES
ON THE DRAWING SERVES TO SHOW POSITION-
ING OF THE MARK AND NO CLAIM IS MADE TO
THIS MATTER.

SEC. 2(F).

SER. NO. 75-904,260, FILED 1-26-2000.

TERESA M. RUPP, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,791,156

Registered Dec. 9, 2003

## TRADEMARK
### PRINCIPAL REGISTER



LEVI STRAUSS & CO. (DELAWARE CORPORA-
TION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111

FOR: PANTS, JEANS, SHORTS, SHIRTS, T-
SHIRTS, BLOUSES, SKIRTS AND JACKETS, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-1-1936; IN COMMERCE 9-1-1936.

OWNER OF U.S. REG. NOS. 1,041,846, 1,135,196,
AND 1,139,254.

THE LINING AND SHADING SHOWN IN THE
DRAWING ARE FEATURES OF THE MARK AND
NOT INTENDED TO INDICATE COLOR.

THE MARK CONSISTS OF THE COMBINATION
OF A DOUBLE ARCUATE AND TAB DESIGN
SHOWN ON THE SHAPE OF A POCKET, AS INDI-
CATED BY A SOLID LINE.

SER. NO. 78-144,339, FILED 7-16-2002.

ELLEN B. AWRICH, EXAMINING ATTORNEY

Registered Apr. 11, 1950

# Registration No. 523,665

## PRINCIPAL REGISTER
### Trade-Mark

# UNITED STATES PATENT OFFICE

**Levi Strauss and Company, San Francisco, Calif.**

**Act of 1946**

Original filed, act of 1905, February 10, 1947;
amended to application under act of 1946, Principal Register, February 2, 1948, Serial No.
517,252



(Statement)

Levi Strauss and Company, a corporation duly organized under the laws of the State of California and located in the city and county of San Francisco, State of California, and doing business at 98 Battery Street, San Francisco, California, has adopted and used the trade-mark shown in the drawing heretofore filed, for MEN'S, WOMEN'S, BOYS', and GIRLS' BLOUSES, OVERALLS, JUMPERS, TROUSERS, SHIRTS, COATS, VESTS, AND WORKINGMEN'S APRONS, in Class 39, Clothing, and has heretofore presented five specimens showing the trade-mark as actually used in connection with the goods, the trade-mark being applied to the goods by being shown in a printed label which is affixed to the goods or to the containers of the goods, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with the act of July 5, 1946.

The trade-mark was first used on January 1, 1886, and first used in commerce among the several States and in commerce between foreign nations and the United States which may lawfully be regulated by Congress on January 1, 1886. Applicant owns Registration No. 50,748, dated March 27, 1906.

Applicant hereby disclaims the pictorial representation of the overalls appearing on the drawing.

(Declaration)

D. A. Beronio, being duly sworn, deposes and says that he is the secretary of the corporation, the applicant named in the foregoing statement; that he believes that said corporation, Levi Strauss and Company, is the owner of the trademark which is in use in commerce among the several States and between foreign nations and the United States, and that no other person, firm, corporation or association, to the best of his knowledge and belief, has the right to use such trade-mark in commerce which may lawfully be regulated by Congress either in the identical form thereof or in such near resemblance thereto as might be calculated to deceive; that the drawing and description truly represent the trademark sought to be registered; that the specimens show the trade-mark as actually used in connection with the goods, and that the facts set forth in the statement are true.

LEVI STRAUSS AND COMPANY,
By D. A. BERONIO,
*Secretary.*

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 523,665

Registered Apr. 11, 1950

10 Year Renewal

Renewal Approved June 20, 1990

# TRADEMARK
## PRINCIPAL REGISTER



LEVI STRAUSS & CO. (DELAWARE CORPORATION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111, BY MERGER AND CHANGE OF NAME LEVI STRAUSS AND COMPANY (CALIFORNIA CORPORATION) SAN FRANCISCO, CA

OWNER OF U.S. REG. NO. 50,748.

APPLICANT HEREBY DISCLAIMS THE PICTORIAL REPRESENTATION OF THE OVERALLS APPEARING ON THE DRAWING.

FOR: MEN'S, WOMEN'S, BOYS', AND GIRLS' [BLOUSES, OVERALLS, JUMPERS,] TROUSERS, [SHIRTS,] COATS [, VESTS, AND WORKINGMEN'S APRONS], IN CLASS 39 (INT. CL. 25).

FIRST USE 1–1–1886; IN COMMERCE 1–1–1886.

SER. NO. 71–517,252, FILED 2–10–1947.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on July 31, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,140,853
Registered Oct. 28, 1980

### TRADEMARK
#### Principal Register



Levi Strauss & Co. (Delaware corporation)
Two Embarcadero Center
San Francisco, Calif. 94106

For: GARMENTS—NAMELY, PANTS, JACK-
ETS, OVERALLS AND SHOES, in CLASS 25
(U.S. Cl. 39).

First use Jan. 1, 1886; in commerce Jan. 1, 1886.
Owner of U.S. Reg. Nos. 119,816, 1,044,246 and
others.

The words "San Francisco"; Original Riveted";
"Quality Clothing XX"; "Trade Mark"; and
"Patented May 20, 1973" and the representation of
the pants are disclaimed apart from the mark as
shown.

Ser. No. 176,884, filed Jul. 3, 1978.

JEFFERY H. KAUFMAN, Primary Examiner

Int. Cl.: 18, 25, 28

Prior U.S. Cl.: 3, 22, 39

## United States Patent and Trademark Office

Reg. No. 1,095,986
Registered July 11, 1978

## TRADEMARK
### Principal Register



Levi Strauss & Co. (Delaware corporation)
2 Embarcadero Center
San Francisco, Calif.  94106

For: LUGGAGE—NAMELY, BACK PACKS, BRIEF CASES, TRAVEL KITS, SHOULDER BAGS, AND PURSES—in CLASS 18 (U.S. CL. 3).
First use Sept. 30, 1973; in commerce Sept. 30, 1973.

For: CAPS AND VISORS, in CLASS 25 (U.S. CL. 39).
First use Feb. 28, 1974; in commerce Feb. 28, 1974.

For: TENNIS BAGS, in CLASS 28 (U.S. CL. 22).
First use Sept. 30, 1973; in commerce Sept. 30, 1973.

The words "San Francisco, Cal."; "Original Riveted"; "Quality Clothing XX"; and "Trade Mark"; and "Patented May 20, 1873" are disclaimed apart from the mark as shown.

Owner of Reg. Nos. 523,665 and 1,030,033.

Ser. No. 112,100, filed Jan. 12, 1977.

JOHN C. DEMOS, Supervisory Examiner

Int. Cl.: **16, 18, 20, 24, 26**

Prior U.S. Cl.: **3, 32, 37, 40, 42**

**Reg. No. 1,030,033**

## United States Patent Office

**Registered Jan. 13, 1976**

## TRADEMARK
### Principal Register



Levi Strauss & Co. (Delaware corporation)
2 Embarcadero Center
San Francisco, Calif. 94106

For: NOTEBOOK BINDERS, TELEPHONE DIREC-
TORY COVERS, PHOTO ALBUMS, SCRAP BOOKS,
NOTEBOOKS AND ADDRESS BOOKS, in CLASS 16
(U.S. CL. 37).
First use July 8, 1974; in commerce July 8, 1974.

For: WALLETS AND L U G G A G E—NAMELY,
TOTE BAGS AND DUFFLE BAGS—in CLASS 18
(U.S. CL. 3).
First use June 15, 1970; in commerce June 15, 1970.

For: MIRRORS, in CLASS 20 (U.S. CL. 32).
First use Jan. 4, 1974; in commerce Jan. 4, 1974.

For: TEXTILE HOTPADS AND TEXTILE PLACE-
MATS, in CLASS 24 (U.S. CL. 42).
First use Feb. 20, 1974; in commerce Feb. 20, 1974.

For: BUCKLES, in CLASS 26 (U.S. CL. 40).
First use at least as early as Dec. 1, 1971; in commerce
at least as early as Dec. 1, 1971.

Applicant disclaims exclusive rights in the designations
"San Francisco, Cal."; "Trade Mark"; "Patented May 20,
1873"; "Original Riveted"; "Quality Clothing"; and "XX"
apart from the mark as shown.
Owner of Reg. No. 119,816.

Ser. No. 22,316, filed May 24, 1974.

M. J. LEAHY, Examiner

Int. Cl.: 25

Prior U.S. Cl.: 39

# United States Patent Office

Reg. No. 1,044,246
Registered July 20, 1976

## TRADEMARK
### Principal Register



Levi Strauss & Co. (Delaware corporation)
2 Embarcadero Center
San Francisco, Calif.  94106

For: SHOES, in CLASS 25 (U.S. CL. 39).
First use Apr. 15, 1975; in commerce Apr. 15, 1975.
Owner of Reg. Nos. 119,816 and 523,665.

Ser. No. 62,249, filed Sept. 5, 1975.

R. E. WOLFINGTON, Examiner

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,576,208**

**Registered July 29, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LEVI STRAUSS & CO. (DELAWARE CORPORATION)
1155 BATTERY STREET
LEGAL DEPARTMENT
SAN FRANCISCO, CA 94111

FOR: JACKETS; JEANS; PANTS; T-SHIRTS; VESTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-1-2012, THE MARK WAS FIRST USED ANYWHERE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS 01/01/1886.; IN COMMERCE 6-1-2012, THE MARK WAS FIRST USED IN COMMERCE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS 01/01/1886..

OWNER OF U.S. REG. NOS. 523,665, 1,140,853, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PATENTED MAY 20 1873", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF TWO HORSES ATTACHED TO THE OPPOSITE SIDES OF A PAIR OF TROUSERS, AND MEN DRIVING THE HORSES IN OPPOSITE DIRECTIONS, WITH THE WORDING "PATENTED MAY 20 1873", IDENTIFYING AN EXPIRED PATENT, BELOW THE DESIGN.

SN 85-307,095, FILED 4-28-2011.

MICHAEL WEBSTER, EXAMINING ATTORNEY

*Michelle K. Lee*

**Deputy Director of the United States**
**Patent and Trademark Office**

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,313,554
Registered Jan. 8, 1985

## TRADEMARK
### Principal Register

## 505

Levi Strauss & Co. (Delaware corporation)
1155 Battery St.
San Francisco, Calif. 94106

For: PANTS, in CLASS 25 (U.S. Cl. 39).
First use Jun. 27, 1983; in commerce Jun. 27, 1983.

Ser. No. 440,370, filed Aug. 22, 1983.

STEWART J. BELLUS, Examining Attorney

Int. Cl.: 25

Prior U.S. Cl.: 39

**Reg. No. 1,319,462**

## United States Patent and Trademark Office

Registered Feb. 12, 1985

## TRADEMARK
### Principal Register

## 517

Levi Strauss & Co. (Delaware corporation)
1155 Battery St.
San Francisco, Calif. 94106

For: PANTS, in CLASS 25 (U.S. Cl. 39).
First use Jun. 27, 1983; in commerce Jun. 27, 1983.

Ser. No. 440,371, filed Aug. 22, 1983.

LUCY A. MARINO, Examining Attorney

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,552,985
Registered Aug. 22, 1989

### TRADEMARK
### PRINCIPAL REGISTER

501

LEVI STRAUSS & CO. (DELAWARE CORPO-
RATION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111

FOR: JEANS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 12-31-1969; IN COMMERCE
12-31-1969.

SER. NO. 768,165, FILED 10-24-1988.

CHRIS A. F. PEDERSEN, EXAMINING ATTOR-
NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,503,976

Registered Nov. 6, 2001

## TRADEMARK
### PRINCIPAL REGISTER

**569**

LEVI STRAUSS & CO. (DELAWARE CORPORA-
TION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111

FOR: JEANS AND PANTS, IN CLASS 25 (U.S. CLS.
22 AND 39).

FIRST USE 5-0-1998; IN COMMERCE 5-0-1998.

SER. NO. 76-150,442, FILED 10-17-2000.

BILL DAWE, EXAMINING ATTORNEY



# United States of America
### United States Patent and Trademark Office

# 550

**Reg. No. 4,053,137**

**Registered Nov. 8, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LEVI STRAUSS & CO. (DELAWARE CORPORATION)
LEGAL DEPARTMENT
1155 BATTERY STREET
SAN FRANCISCO, CA 94111

FOR: JEANS; PANTS; SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-0-1988; IN COMMERCE 12-0-1988.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-305,258, FILED 4-26-2011.

MICHAEL WEBSTER, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.